IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Caroline Perry, on behalf of herself and all others similarly situated, | ) ) ) | Civil Action No. 4:22-cv-00061-JD |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | **PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT OF FLSA COLLECTIVE ACTION** |
| McLeod Healthcare Network, LLC, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff Caroline Perry, on behalf of herself and the Opt-In Plaintiffs (collectively referred to as "Plaintiffs"), hereby files this Unopposed Motion for Approval of Settlement of FLSA Collective Action, requesting that the Court approve the Parties' Settlement Agreement and Release ("Settlement Agreement").

Plaintiffs submit that the terms of the Settlement Agreement represent the fair, reasonable, and adequate resolution of a *bona fide* dispute as to Defendant's alleged liability to the Plaintiffs under the Fair Labor Standards Act, 29 U.S.C. § 216(b) (the "FLSA") (the "Settlement"). Plaintiffs respectfully request that the Court approve the Settlement Agreement and implement its terms, including the request for attorneys' fees and costs and service awards to the Named Plaintiff and various other Opt-Ins who participated in discovery and provided significant assistance in the litigation.

The grounds for this Motion, as more fully set forth in the Memorandum and exhibits submitted herewith, are that the Parties have agreed to the settlement of this *bona fide* FLSA dispute after over 22 months of vigorously contested litigation and following extensive, arm's-length negotiations. The Parties submit that the Settlement is fair, reasonable, and adequate,

particularly in light of the existence of disputed issues of fact, disputed issues of law with respect to liability, whether the Plaintiffs would obtain a judgment in their favor, and the risk of possible appeals. Accordingly, Plaintiffs would respectfully request that the Court approve the Settlement Agreement and implement its terms.

                    Respectfully Submitted,

                    FALLS LEGAL, LLC

                    s/ J. Scott Falls
                    J. Scott Falls
                    Federal I.D. No. 10300
                    Email: scott@falls-legal.com
                    Ashley L. Falls
                    Federal I.D. No. 12083
                    Email: ashley@falls-legal.com
                    P.O. Box 12910
                    Charleston, South Carolina 29422
                    Telephone: (843) 737-6040
                    Facsimile: (843) 737-6140

                    ANDERSON ALEXANDER, PLLC

                    Clif Alexander*
                    Texas Bar No. 24064805
                    Email: clif@a2xlaw.com
                    Austin W. Anderson*
                    Texas Bar No. 24045189
                    Email: Austin@a2xlaw.com
                    819 N. Upper Broadway
                    Corpus Christi, TX 78401
                    Telephone: (361) 452-1279
                    Facsimile: (361) 452-1284

                    *Admitted *Pro Hac Vice*

                    Counsel for Plaintiffs

Charleston, South Carolina

November 17, 2023